<u>April 19, 2015</u>    08,979-04

<u>Cause No. C-371-010404-1274592-A</u>

<u>CCA Cause No. WR-08-979-04</u>

Ex Parte                    X   In The Texas Court

                            X        Of

Stephen Andrew Hall    X   Criminal Appeals

MOTION DENIED
DATE: 5-8-2015
PC
BY:

<u>"Motion Requesting Dept. of Justice</u>

<u>Intervention Rather Than A</u>

<u>Conventional Ruling In This Cause"</u>

(And this Court's assistance in obtaining
    a full and complete record.)

To The Honorable Justices Of Said Court:
    With All Due Respect, Honor and Probity
    For Said Court:

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk

        Comes Now Ex Parte
Stephen Andrew Hall, pro se — in self-
    representation as his official
attorney of record in the above styled
    and numbered cause, and respectfully

moves this Honorable Court to please consider all of the following facts in this case and will show the Court as follows:

(1) The case In chief is more than a simple habeas application as per a wrongful conviction saturated with and marred by Constitutional flaws — it is moreso a "whistleblower" type case that requires "outside intervention" since Texas is at present without an impartial "Public Integrity Unit";

(2) The applicant in this cause is fully aware the CCA has stated It will not tolerate the filing of perjurious or forged material in writs of habeas corpus, which the applicant construes to also be applicable to followup pleadings attached to such writs;

(3) The applicant is aware perjurious material can lead to abuse of writ

consequences, and can result in criminal prosecution with a conviction requiring a mandatory consecutive sentence. [Ex Parte Jones, 97 S.W. 3d 586 (Tex. Crim. App. 2003)] However:

## I.

It is the applicant's justifiable opinion that a "Courthouse Cabal" at the Tarrant County Courthouse is continuing to influence what goes into the record in this cause—as well as which specific pleadings were acknowledged "prior" to the trial Court's signing off on the applicant's habeas app. —VS— which particular pleadings were allegedly acknowledged "subsequently" to said signing of the app. and therefore wrongfully made ancillary for appellate review. With the end product and/or final outcome of the District Clerk's record that inevitably became presented to this Honorable Court as the Official Clerk's record in this cause winding up being but a product of devious manipulation, and will show as follows:

(1) Only 'one' pleading submitted to the trial Court was acknowledged 'prior to' the Court's denial and official signing of the 'Order' adopting the States 'Proposed Memorandum - Findings of Fact and Conclusions of Law':

⊛ 'Habeas Corpus Applicant's Timely Rebuttal To The State's Response To The Habeas Corpus Application Filed In This Cause'

* Drafted: March 20, 2015
* Logged As Legal Mail at Prison Mailroom And Sent Out: March 23, 2015

(2) Only 'two' pleadings submitted to the trial Court were acknowledged 'Subsequent to' the Court's denial and official signing of the 'Order' mentioned above — when there were actually 'FOUR' pleadings submitted to the trial Court and the D.A.'s Office the applicant feels were of import to this cause:



(2 Cont.) Which of course made those two ancillary — and not recognizable by the higher Courts, with the two that are missing not available to the higher Courts at all!

The following pleadings were acknowledged and submitted "after the fact" in a supplemental; or — said differently "after" the trial Court allegedly signed off on the denial of this writ on March 27, 2015:

(1) "Habeas Corpus Applicant's Formal Request For An Investigation In Matters Regarding This Case"

\* Drafted: March 28, 2015.
\* Logged As Legal Mail at Prison Mailroom And Sent Out: March 30, 2015.

(2) "Habeas Corpus Applicant's Formal Request for Evidentiary Hearing"

\* Drafted: March 19, 2015
\* Logged Out Of Prison Mailroom: March 23, 2015.

The following pleadings disappeared, i.e., fell off the radar, even though the applicant mailed one out certified mail to the District Attorney of Tarrant Co. and the other was logged out of the prison mailroom — and are as follows:

(1) A "pro se letter to Tarrant Co. Dist. Attorney Sharen Wilson" placing her under advisement there was some "hanky panky" anticipated in the way her underlings handled the 11.07 writ at issue in this cause.

* Drafted: March 02, 2015
* Sent To The D.A.'s Office Certified Mail — Showing It Was Received: March 12, 2015.

(2) A (21 Page) "Motion Requesting The State Waive Habeas Exhaustion Requirements" [As per AEDPA, Section 104, codified at 28 U.S.C. §2254 (3)] Specifically to expedite DOJ intervention in this cause and facilitate justice.

* <u>Drafted</u>: March 28, 2015.
* <u>Logged As Legal Mail At Prison Mailroom</u>
<u>And Sent Out</u>: March 30, 2015.

* <u>Please Note</u>: This pleading and the supra pleading entitled <u>"Habeas Corpus Applicant's Formal Request For An Investigation In Matters Regarding This Cause"</u> were both drafted and logged by the prison mailroom as being <u>"sent out" simultaneously</u>, with one making it to it's destination and becoming acknowledged and made a part of the record, while the other never made it to anywhere other than the Bermuda Triangle.

## II.

There are two factors associated with this issue that are of reasonable significance and they are as follows:

(a) Art. 11.07 Sec. 3 (d) denotes that all such materials must be forwarded to the CCA <u>'under one cover'</u> and;

(b) <u>Art. 11.07 Sec. 3 (c)</u> denotes the trial Court is not obligated to even file a response to a writ at all — since to do nothing (except transmit the writ package onward to the CCA by the 35th day) basically constitutes a gen. denial, and will be deemed as such under operation of law.

## III.

It therefore is the applicant's contention and/or intuitive-but analytical assessment and/or learned opinion that in light of the facts available to us there may have been a deceitful reason the trial Court signed off on this habeas writ at the concise time in which it did — AND — the end product of the Clerk's Record upon being forwarded to the CCA may have been manipulated as well. So that certain records were put before this Court for appellate review, while certain other records were deliberately made ancillary,

while certain other records were deleted from the record altogether — and therefore made unavailable to all higher Courts completely.

## IV.

If we consider the one single pleading by the applicant that was allowed to become a part of the official record and open to appellate review, since it was introduced "prior to" the trial Court signing off on the writ, in light of the fate of the others — It ultimately becomes a very realistic plausibility someone could be trying to manipulate this Hon. Court, i.e., the C.C.A., into gravitating toward a certain ruling in this cause.

## V.

It is for said reasons the applicant in this cause would like to iterate the fact that a simple interview with the D.O.J. is the one and

the only —"exclusive" way to achieve justice in this cause. And one would think since I am an American citizen, and our Constitution, at least on paper, "guarantees" due process and equal protection of the law to all U.S. citizens, such a simple interview, would not be so "next to impossible" to achieve. However, we must keep in mind that we are without a "Public Integrity Unit" right now and have been since our ex-Governor cut off it's funding. Legislation has been proposed but even if it is adopted it only puts the duty of prosecution of corrupt officials in the hands of the local D.A.

In the case in chief, ask anybody in the Tarrant Co. legal community and everyone knows said newly elected local D.A., i.e., the Hon. Sharen Wilson (ex-judge of the 1st Dist. Ct. for 21 years), is the bestest of the bestest of the best friend of the Hon. Judge Mollee Bennett Westfall, i.e., the trial court judge at issue in this cause. All roads lead to nowhere —"UNLESS"—

at some level of our overall State and Federal Justice System "SOMEONE" steps up to the plate and honorably admits "we must do the right thing" here and "recommend to the DOJ" that I should be afforded the opportunity to at least present a proffer of "each" and "all" of the "29 allegations" raised in my habeas writ.

That writ plainly and clearly points out the fact that a "Courthouse Cabal" certainly exists in our Tarrant County Courthouse and how certain departments are infested with organized crime.

Remanding this case back to the 371st District Court, as Mr. Ray would very much like for this Court to do for obvious reasons, is not the answer and we all know this. [S.B.O.T.No.16608700]

## VI.

Enclosed herein is a copy of each of the two pleadings that

Someone did not want this Hon. Court to see obviously. This Court is not required to acknowledge them — even now, or even peruse them superficially. Do with them what you will.

However, in the event you do opt to look over them to some degree, I would ask that this Court examine the "Ground of Error No. Five" attached thereto, that was a part of the embodiment of said motion asking the State to waive it's exhaustion requirements, since it goes into much more detail about the gross malfeasance at issue in this cause.

I remind the State's Att. handling this writ, i.e., ADA Hon. Andréa Jacobs, about the explicit decrees of Art. 2.01 and 2.03 of our C.C.P. (Chapter Two) as per the "Duties of Dist. Attorneys" — "Neglect" — etc. inter alia, and make sure she is aware of the Navarro Co. "prosecutorial misconduct" case of ex prosecutor John H. Jackson whom mishandled the Cameron Todd Willingham case, advising her there are actually a lot

more Michael Mortons and Timothy Coles at issue here than she can fathom, also advising Ms. Jacobs to check her footing in this case – and to look before you leap so to speak. Conveying this is not your atypical case where a well seasoned con is simply trying to evade justice, but in the stead a plain and a clear "WHISTLEBLOWER" type case that warrants "strict adhearance" and "strict compliance" to said Articles 2.01 and 2.03 —— but to no avail.

For the record, the applicant in this cause didn't know a single word about law or it's nomenclature until his trial Court judge and Mr. Ray taught him the "science" of "fixed/sham trials" – "orchestrated guilty verdicts" and total and absolute "transcript rewrites", as well as the science of "trial Court error negations" which happens to be Ray's forte.

Moreover, this case ceased being relevant to the applicant's guilt or innocence in this cause on 12-09-11 when the

371st Dist. Court brought in Mr. William H. "Billy" Ray to exactly and to specifically coerse a guilty plea from an accused person obstinately clingling to his 'actual innocence claim' and refusing to consider anything to the contrary.

Then, under section "V" (starting on page 5 of said 21 page motion attached hereto), as this Hon. Court can see, the movant tried to make Ms. Jacob's requested objective as plain and as simple as possible, like instructing a child to perform a simple task, by including a "RECOMMENDED COURSE OF ACTION", since nothing could be more simpler to ascertain here than the malfeasance at issue in this cause "IF" someone actually exerted a scintilla of due diligence in an effort to do so.

Moreover, and for the record, the applicant also took the index finger of the TSBE for Pyctologists here in Austin and placed it right on the exact spot that points out in an "infallable" ways and means how to prove with exact certitude

that the "Conard Doctor", i.e., a Mr. J.R. Womack, that the trial Court at issue herein and Mr. Ray elicited to perform a "fake report" to assist Ray with his "guilty plea coersion efforts", by his own admission has become a staple in Ray's racketeering - self enrichment schemes and needs to be stopped immediately. Esp. with Mr. Ray being the "Court Appointed Attorney of choice" in all "heinous" type cases prosecuted in Tarrant County where "vengeance" and "retribution" is a highly sought product with the aforementioned "Courthouse Cabal" Ray is the mastermind of. (Death Penalty type)

What did the TSBE do with said infallable information where the Board couldn't possibly fail to bring Womack to justice unless they did so on purpose in protection of a criminal.°.

They sat on the complaint doing nothing until the 72 hour period following the expiration date of the two year Statute of limitations expired regarding

the date of which Womack submitted his canard to the trial Court—then of course notified their victim, i.e., the applicant in this cause, they could find nothing wrong with Womack's conduct — then "refused" to tell me, the complaintant, whether or not they followed any of the Instructions explicitly telling them "step by step" how to send Dr. J.R. Womack to the penitentiary for a long—long time for, and concisely, for, turning the honorable profession of forensic psychology that has the potential to make or break a case, into a despicable, unconscionable "Canard Business" where there is an obvious "HIGH PRO-BABILITY" capital level - death penalty caliber cases are in "the mix" and/or more specifically "the cesspool of corruption" at issue in this cause. We can thank our "lack of transparency laws" for this.

Was this but a freak coincidence..? Please allow me to offer this Hon. Court another example of Mr. Ray's "extraordinary powers of manipulation" as

a "master at the art of deceit" and as an "extraordinary iconoclast" that has poisoned the probity of an entire state Criminal Justice System. WATCH THIS! If you will: Please:

Even though our United States Supreme Court in Washington D.C. expressly states they will not consider scandalous type cases, the applicant felt they would make an exception in this cause due to the sheer number of potential victims involved with Mr. Ray's guilty plea coersion operation. Hence:

On 05-02-14 the S. Ct. acknowledged receipt of the applicant's Petition For Writ of Certiorari. The "Cert Pool" sat on it for "7 mths and 6 days", which even the "case analyst - Mr. Clayton Higgins" admitted that something went wrong - and that it should have been handled long before now, but, he would get right on it. And he did.

Thus, on 12-08-14 the S. Ct. ultimately denied my Pet. for Certiorari. When did the

statute of limitations run out for filing a civil action on Ray for "rewriting trial Court transcripts" and "articulately negating potentially reversible trial Court errors" as a "systematic practice" he makes it apparent he is a veteran at. C. Exactly on 12-11-2014 — which just happens, of course, to be "concisely within the 72 hour period" in which the said SOL expired — once again. [Notwithstanding "Heck-v-Humphrey", S.Ct. No. 93-618-512 U.S. 477]

Lightning strikes twice, not that the applicant has ever seriously dwelled on bringing a civil action against Ray as a priority over my interests in stopping Ray from performing his "coup de grace" transcript rewrites and trial Court error negations on his clientele.

The applicant thus has just provided the CCA with a reasonably adequate demonstration, as mere samples, of Mr. Ray's highly probable, case in point, extraordinary manipulative powers. And did so specifically to advise this Court they are most likely now becoming the target and focus of the same manipulative powers Mr. Ray, as an iconoclast, typically unleashes

on anyone and everyone that has the potential to interfere with his greed. More specifically, Ray and his cohorts would very much like for this Honorable Court to send this case back to the trial Court for an appointed attorney to preside over an evidentiary hearing, one that said cabal has "great influence" over, in the heart of Ray's "organized crime/theatre of operations/jurisdictional domain" exactly so they can try to "defuse" this potential explosive situation by possibly making some genre of confidential agreement, which is very characteristic in "public corruption/malfeasance/or-sexual harassment" type cases and is also a very attractive potential solution optimally available to the "Courthouse Cabal" at issue herein, [Please see C.C.P. Arts. 11.07 § 3(d), 26.04 and 26.05 regarding the Ct. appointments of attorneys to act as a magistrate, and/or - Ex Parte Hurd, 613 S.W.2d 742, 744 (Tex. Crim. App. 1981)].

A simple perusal of R.R., Volume Five of this applicant's pretrial and trial Court record will clearly demonstrate Ray's "powers of manipulation" over

a much inferior magistrate, or Justice Of The Peace more specifically, (the hon. Cheyenne Minick, whom has since been fired - and went back into private practice). At that hearing, J.P. Minick makes it clearly obvious he was powerless over Billy Ray and the Hon. Judge Westfall, and therefore must "deflect all issues" by siding with Ray and his "Puppet P.I." Glen Keeton, even though I swore under oath Keeton was being mendatious and committing perjury. As an Iconoclast and a master manipulator, Ray converts everyone he comes into contact with into mere puppets on strings dangling and dancing to his every whim.

Thus, the applicant in this cause will once again urge this Hon. Court to decline Ray's and his cohort's invite they handed the CCA, simply by the way they organized then presented the particular pleadings they made available to this Court, in light of the fate of the others, and in the alternative exercise it's authoritative power it is vested with to instead elicit D.O.J. Intervention in this cause where we can jointly bring Ray's "unconscionable tyranny" and his

"records distruction" crusade he has been engaged in to a prompt end so that "American style fair and just trials" can once again become commonplace at the Tarrant County Courthouse for that County's Indigent populace.

Once the applicant achieves D.O.J. Intervention in this cause, via a simple few minute Interview with the proffer I am fully prepared to present, esp. regarding Ray's "trial Court error negations" he plants in targeted Victim's Statement of Facts wherever needed, inter alia, the line between "bench" — "bar" and "criminal elements" is certain to become so blurry, in light of the case in chief, "No One" will be capable of discerning there is a distinct difference amongst the three entitles. The applicant has found time to glean and assimilate a massive amount of Substantive evidence garnered during denials of relief.

Then when we look over at our Texas Constitution — where It specifically States: "A judge must not exhibit "willful or

persistent conduct that is clearly inconsistent with the proper performance of his or her duties or casts public discredit upon the judiciary", coupled with the canon from the "code of judicial conduct":

"A judge shall comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary":

In light of the "29 handwritten allegations" and the "30 page Memorandum of Law" the applicant in this cause asserted in explicit detail — exposing some of the organized crime, judicial and prosecutorial misconduct that are "EASILY" ascertainable in a Federal forum with D.O.J. assistance and expertise — the phrase "shameful disgrace" actually comes up short as an understatement as per the judicial and prosecutorial conduct at issue in this cause. Moreover, the instant case ultimately requires such a Federal forum and D.O.J. intervention, due to

a valuable history lesson the Tarrant County "Courthouse Cabal" at issue in this cause taught us back in February of 2012 when this Honorable Court was formerly presented with the very same-exact case scenario — but in another case, i.e., the Stephen Dale Barbee capital case; death row inmate # 999507.

In that case we had appellate attorney A. Richard Ellis, "an outsider," appearing in a Courtroom in Texas, (the 213 Dist./Hon. Louis Sturns), accusing Ray of, in essence, having symbiotic relations with the judge who at that time was allowing Ray to est. a monopoly on indigent cases in his judicial domain, in reference to ex-judge Robert "Bob" Gill (from what I gathered from the available facts provided by the media), whom has since resigned of course — of which we wont go into, if this pleases everyone.

In that case scenario, Mr. Ellis put a witness on the stand named Amanda Maxwell, a "social worker/mitigation specialist"

whom was so "pure in conscience", and innocent in heart, mind, body and soul she honorably but humbly volunteered to toss her career in the trashbin in order to "do the right thing" at those hearings by telling the truth of exactly what she was exposed to when a shyster criminal defense lawyer named William H. "Billy" Ray subsidized her services during his "guilty plea coersion efforts" in that case.

As we all know, and as the story goes, Ray fired her for being such a conscience minded person who adamantly refused to "include negative findings" in her mitigation report that would benefit Ray in his efforts to get his client to plead guilty, inter alia, if this Hon. Court will please recall, IN A DEATH PENALTY CASE!"

Of course that particular case was all about a very "heinous crime" and though we all would love to drown ourselves in our own selfish deepest and darkest demonic subjectivity right now, we instead must stay afloat in our objectivity,

is this correct. C. Arriving at the point:

If we look at who overtly came forward in stark, vehement defense of Mr. Ray at those Barbee hearings this Court ordered, i.e., none other than Mr. Steven Conder — the Chief over the "Post Conviction Writs Section" of the Tarrant Co. Appellate Division, and none other than Mr. Charles "Chuck" Mallin, the Chief himself — over said "Tarrant Co. App. Division", we suddenly find ourselves blessed with an espy, of not only who might make up the crux of Ray's esoteric cabal at issue in every nook and cranny of this habeas corpus application, but also whom might be held accountable for each and all the articulate ficticious, feloneous "pre-emptive trial Court error negations" Ray invented and then planted throughout the applicant's Statement of Facts at issue in this cause, with none of that being relevant to the point being negotiated which is as follows:

That "case scenario" is exactly identical to the applicant's "case scenario", if we simply compare the "pure in conscience" — innocent in mind, heart, body and soul witness Mr. Ellis put on the stand at those hearings, with the "pure in conscience" — innocent in mind, heart, body and soul witness, that the applicant in this cause asked to provide a "sworn affidavit" of what was witnessed at trial that was very contrary to what Ray wrote in the record during one of his atypical "trial Court error negations". And we can expect the very same - exact - identical cast and crew to overtly come forward in protection of Ray this time, in the event this Honorable Court opts to respond favorably to Ray's and his proteges invitation they sent this Court with their "records arrangement" they put together and presented.

Here's the bottom line: In the event this Honorable Court inevitably opts to send this case back to the jurisdictional seat

of the "Tarrant County Courthouse Cabal" at issue herein that stands ready to protect Billy Ray all the way to the gates of hell if that's what it takes, since if he falls they fall with him, with this Court being fully aware of the fact it will be sending me into a cesspool of corruption and malfeasance, this Court may want to consider the following facts:

(1) When the CCA co-signed Judge Sturn's "findings of facts and conclusions of law" following the aforementioned evidentiary proceedings in the Barbee case, the Honorable Ms. Amanda Maxwell admitted "off the record" to a journalist/reporter for the Star-Telegram that the alleged facts that Ray's defense team, i.e., Mr. Conder and Mr. Mallin, pointed out in the record while she was on the witness stand, were not consistent with what she recalled occuring at trial. Making it rather obvious that Mr. Ray had "worked his magic" on Barbee's t-scripts also. Also making it absolutely

plausible, irregardless of whether Mr. Conder and Mr. Mallin were aware of it or not, they may have been acting as a "Bible Thumper", waiving Billy's rewritten transcripts in the air in front of Ms. Maxwell, stabbing their index fingers at certain facts in the record that simply were not true.

(2) The applicant alleges, based on the mass amount of ascertained facts he has accumulated about Ray's t-script rewriting endeavors and trial Court error negations, that Maxwell was ultimately in a state of shock in the sheer - uncanny situation she was put in, and caught off guard when said acts of deceit were presented to her. We have all been taught that trial Court transcriptions are "failsafe", unalterable - etc. With it being unfathomable to cogitate such could possibly be untrue. Besides, who would ever have the blatant gall?..

(3) When Mr. A. Richard Ellis flew in from Mill Valley California for said Barbee hearings, he walked into the 213th D.D.A. Courtroom with "empty pockets" basically. Since it /it is in fact and indeed true that Billy Ray had "worked his magic" on his ex-client's Statement of Facts, as the applicant in this cause can easily prove Ray did in his own Statement of Facts "in a Federal forum", all of the criminal activities that may have taken place during Barbee's obvious "pro forma trial" would have been articulately covered up, all the trial Court error(s) would have been negated, inter alia. With the only remnants of an unfair trial being the "ineffective assistance of counsel" claims that accompanys almost all of Ray's cases; for those smart enough to appeal and effectively contest what Ray did to them / while handling their case.

Arriving at this conclusion: If this Honorable Court would turn to page 12 of the applicant's 30 page Memorandum Of Law, which would be page 82 in this Court's Clerk's bate stamp numbering system, and peruse the second paragraph thereof, it will explicitly point out the fact that unlike Mr. A. Richard Ellis, the applicant in this cause has a ton of evidence that was mostly unavailable to Ellis during those hearings/ the CCA ordered.

What is realistically at issue here, is the opportunity to present said evidence, in a proper forum, to a jurist not opposed to the exposure of all the public corruption and malfeasance this applicant is fully prepared to introduce if and when afforded the opportunity.

The applicant is not trying to bankrupt Texas with unfathomable reparations, create an avalanche of case reversals from Austin back into the trial Courts Ray has operated out of this past decade or so, or bring shame to the CCA or our state.

The applicant is in gist more concerned, and almost exclusively so, with the objective of shutting down Ray's <u>transcript rewriting services</u>, and his coup de grace style unconscionable assaults he inflicts his targeted indigent victims with. I want his <u>guilty plea extortion racket</u> shut down. And I would like to accomplish this goal with the least amount of collateral damage to the other facets of our overall Texas Criminal Justice System as is possible.

In other words stand back out of the way and give me Ray, let me bring him and him alone to justice for the error of his ways, and it is my belief the system of justice will right itself. Ray is the crux. He is the iconoclast/ mastermind of the absolute gist of all the malfeasance temporarily prevailing in Tarrant County as we speak. And if this Hon. Court will not impede me in my efforts to bring Ray to justice by simply allowing D.O.J. intervention in this cause, I vow to demonstrate

my clean, innocent and decent intentions in all of my follow up actions.

My theory is if we take Ray out of the picture as the nucleus of all the malfeasance that exists at present in the Tarrant Co. Courthouse, as the vibrant iconoclast that generates it all, each person making up the "assembly of errant and rogue professionals" he has pulled together and formulated into the "Courthouse Cabal" I frequently make references to, the others will either shape up or ship out.

The reality of this situation is, we can parade a thousand honorable Amanda Maxwells in front of a tribunal, along with a thousand honorable Affiants swearing to Rays ficticious transcript rewrites, trial Court error negations, and guilty plea coersion tactics, as well as his shabby defense antics of either not putting on witnesses that are readily available —OR— proving Ray is subsidizing honorarium

pay outs in witness stonewalling schemes, it is all to no avail going up against judicial arbitrariness — bent on protecting Ray.

Tarrant Co. has become autonomous functioning independantly of the rest of Texas feeling they reserve the right to issue their own brand of justice, esp. to suspected child killers and those accused of heinous crimes, freely taking unconstitutional "shortcuts to justice" exacting vengeance, which are in and of themselves nothing more – and nothing less – than "hate crimes", in retaliation schemes — with William H. "Billy" Ray spearheading it all as the Pied Piper with a forever procreating following. He is an overt "Special Prosecutor" acting under the false guise as a "Public Defender". He makes it no secret. He and his cabal firmly believe "that" is what the citizenry of Tarrant County all want. When all they want is to be able to go to sleep at night following an execution "knowing"—

and confidently so, that our Texas State Criminal Justice System has acted according to the letter of the law and in full compliance with each and all of the Constitutional safegards we have in place — so that their consciences will not send forth those cathartic "pings" that mimick hunger pangs — when they try to sleep at night.

What makes all Ray's unconscionable conduct so ironic is — all his clientele he railroads to their final resting place are typically so mentally deficient and uneducated "A CHILD" could find them guilty in a court of law.

Still Ray and his cohorts seek pleasure railroading them via their pro forma trials, and bizarre ineffective assistance of counsel schemes. Then when the higher Courts vindicate Ray's and his cohort's despicable conduct it reflects a "stamp of approval".

If the people of Texas knew what I knew they would be burning and looting.

However, the applicant is mature enough, patient enough and caring enough about the wonderful State he was reared in to protect people from themselves, basically.

As for the CCA, and their distinct posture on all of this thusfar, according to their previous rulings in this cause and other "Billy Ray victim type cases", it's a-o-Kay to be "pro-prosecutor" if you can take that position without completely turning your back on the "innocent" and those, like the applicant, that are "actually innocent", according to the letter of the law, and therefore must be considered as the equivelant to "the rule of law" here in Texas.

If we are going to be a "stickler" for rules, then let us be a "stickler for ALL rules" and not just the rules that support the "conservative rights" views on the concept of justice.

The case in chief points out at the

bottom of page '12' and at the top of page '13' of the '30 page MOL' attached to this habeas writ (pages 80 and 81 in bate stamp numbers) in explicit detail how the Hon. Justice William "Bill" Meier of the 2nd Ct. of Appeals deliberately engaged in an unconstitutional "procedural default", dropping the ball, in a 'blatantly intentional miscarriage of justice in his obvious protection of Ray' and the "Courthouse Cabal" at issue herein.

In order to do so, Justice Meier had to break a very specific — and a very plain and clear "rule", in direct reference to T.R.A.P. rule 34.6 (e) (1) (2) and (3).

Then, in yet an additional clear abuse of his judicial discretion and authority as a jurist, in his continuing efforts to protect Ray and his cohorts, he violated a second plain and clear "rule", in direct reference to T.R.A.P. rule 38.8 (b), (1), (2) and (3),

in order to gravitate to provision (4) thereof, ultimately "feigning blatant criminal incompetence of the law" after decades on the bench as an Appellate Court Justice, to try to make us all believe he had plausible justification for ignoring the minimal "12 motions begging for a records dispute hearing" the applicant timely filed, and properly filed, that were before him. Ludicrously decreeing the applicant had apparently "lost interest in prosecuting his appeal".

All to somehow justify his "denying the then-appellant his right to appeal" a wrongful conviction that was so saturated with Constitutional violations and infested with trial Court malfeasance It literally took a transcript rewriter and trial Court error nega-tor "4 months" to coverup, and even then all he did was make a big clown out of himself. With such being exactly and concisely why all the Courts and all their Justices all the way up the ladder have acted in complicity

and in followup collusion trying to block the applicant from exposing all this mess, which would instantly create a media circus.

Said differently, Justice Meier, and I say this with all due respect, deliberately, intentionally and with malice aforethought, while using carefully thought out logic and reason, to a fault actually, violated the applicant's 5th and 14th Amendments of our U.S. Constitution, inter alia, by denying me my "guaranteed procedural due process rights", with both higher Court's Chief Justices and/or Presiding Justices congruently co-signing and/or "going along with" Justice Meier's tentative plan to protect Ray from criminal liability, on a contingency plan to allow a few years to eat away at all the witness' pristineness in recall that might testify against Ray when his day of reckoning inevitably arrives over his feloneous transcript rewrites and all the negations

of trial court errors he articulately improvised and then implemented throughout the applicant's Statement of Facts.

The bottom line here is, the applicant was wise enough to not even try to base an appellate brief on Ray's work of fiction. Only a fool would knowingly and willingly draft a moot/frivolous brief hoping to prevail on appeal, using Ray's "Comic Book" as his Statement of facts.

Now here we are two and a half years down the road with the applicant possessing the right, as per "Title 28 U.S.C. 2254 (a) and (b) (1) (B) (i) and (ii)," to rightfully declare "there is an absence of an available State Corrective Process", and — that "circumstances certainly exist that render such a process ineffective to protect the rights of the applicant", steadfastly offering the State one final and last "full and complete" — and a "fair opportunity"

to afford the applicant with a "fair corrective process" that is realistically viable.

In this case, the trial Court and it's cohorts are so unequivocally wrong in their transgressions and unlawful conduct, they ultimately have no choice but to put on another "fixed/sham proceeding" if the CCA rules an evidentiary hearing is in order, relying exclusively on more and more blatant arbitrariness to defend itself against it's previous criminal acts of blatant arbitrariness, as well as a "defamation of their accuser" optimal defensive stance, while keeping as many noncollusive witnesses out of the proceeding as possible.

Moreover, when we consider the presiding jurist's power and authority to intentionally "tilt the scales of justice" in favor of Ray and his cabal via the "admissibility – vs – the inadmissibility" of witness testimony and physical evidence, it would actually be foolish

to even seek redress in that direction.
However, in spite of all the contra-
dictions at issue here, an applicant is
still nevertheless required to exhaust
all state remedies to the best of his
ability. Prior to pursuing a 2254
in a Federal jurisdiction, and such is
what is exactly occurring right now.

If this Honorable Court will also
note, the ADA, Ms. Andrea Jacobs, in her
representing the State's interests in
this cause, and interestingly enough, totally
and absolutely avoided any mention
of the '30 page MOL' attached to the
handwritten writ app. in this cause,
which is exactly where the applicant
sufficiently and adequately presented
all the factual and legal argument that
was necessary to exhaust state
remedies. While periodically reminding
the State that when you are basing
such on a totally and absolutely rewritten
statement of facts, nothing more can
be provided. Then plainly and clearly
pointed out on 'page 27 of said MOL',

which is "page 95" of the CCA<sup>RS</sup> set of records, down at the bottom of the page, in the last paragraph (under the "conclusion section") as follows:

"For any and all argument on this issue, topic and/or ground of error - simply make a reference to the applicant's "Motion for En Banc Reconsideration" filed 10-25-13 in the 2nd Court of Appeals in (this) Cause No. 02-12-00233-CR."

Concluding that "more/additional" legal argument on the principal ground of error in this Habeas would be impossible to provide the State.

Moreover, if we were really and truely interested in getting to the bottom of all this as per an 11th Constitutional trial, there are "Bills Of Exceptions" filed and filed timely and properly, there were "Motions For New Trial" properly and timely filed in this cause, though Ray commandeered the first one and rerouted

It to the Bermuda Triangle, with of course an articulate coverup in the record negating that issue, as always, etcetera etcetera. Just as he did with the aforementioned "Motion Requesting The State Waive Its Exhaustion Requirements". All of which is ascertainable via the Postal Services "Mail Covers Program" available to all law enforcement agencies, as pointed out in applicant's MOL, page 13, last par. thereof, which is page 81 in the CCA('s) bate stamp numbers.

However, what this Court should be more concerned with, and over and above all else in this cause, is what the applicant articulately pointed out for this Honorable Court, specifically in the "boxed in area" of pages 9 and 10 (pages 77 and 78 by bate stamps) of said MOL. Because that, is what the applicant in this cause if fully prepared to prove in a Federal forum once provided the opportunity. In the event that becomes necessary. Which it may not since the applicant is open to ideas that

could allow my beloved State of Texas to "save face", while at the same time formulating a plan to rectify the very serious problems at issue herein. As long as Ray's victims on death row get factored in as part of the solution. As an iteration well worth restatement, that is a priority in all that I do. For who else could possibly provide them redress.

This would essentially require a confession from Ray and his cohorts as to precisely the exact timeframe all this has been going on, in order to survey the purview of the victims at issue. I would of course leave all this to this Court's discretion, trusting it would do the right thing.

## VII.

There is yet an additional reason this Honorable Court should hand this case over to the proper authorities and not try to treat it as a typical cause - and the movant will show that the CCA

would actually be over-stepping it's boundaries to do anything otherwise. Since it would essentially create the unwanted impression, i.e., appearance, this Court was attempting to "Keep a lid on the malfeasance" at issue, and/or contain it inside the exclusive purview of of the Texas State Criminal Justice System — and I know this Court would want to avoid that if possible.

[Please see page 5 / bate stamp page 73 / last paragraph, and page 17 / bate stamp page 85 / 3rd paragraph]

"IF" we were in reference to a few ellipsis'es here, or a few alterations that were obviously not typos or common stenographical errors here or there, a bench conference or two missing etcetera etcetera, inter alia, the problems at issue herein would be considered commonplace and/or stereotypical. Such happens all the time, and the proper channel for correcting such problems would first be as listed and codified in Rule 34.6 (e) —, then via the CRCB, i.e., our "also headless" administrative watchdog agency there in Austin.

[We have a Ms. Michele Henricks as the Executive Director over that agency and she is on the very eve of being ousted and relieved of her duties, basically for doing exactly what Ms. Deana Wilkins of our LCJC has done, converting their watchdog agencies into "protection agencies" for errant and rogue professionals they swore by their oath of office to marshal, after also succumbing to the extraordinary powers of manipulation of our Mr. William H. "Billy" Ray, either directly or in proxy.

The applicant spent about two years — and hundreds of dollars he didn't have in postage articulately securing enough evidence on both said individuals before concluding with his investigative efforts. They are both in very — very serious trouble.]

However, as the two aforementioned paragraphs in said MOL point out in plain, explicit factual detail, that is not the case at issue here, unfortunately, but in the stead is a case that only the FBI

is equipped to handle.

As an iteration, the long series of stall tactic type denials of relief in all my previous quests to achieve a simple "records dispute hearing" and/or a "corrective process" for a total and absolutely rewritten Statement of Facts basically allowed the applicant sufficient time to perform an intense - very extensive "2533 page analytical assessment" of each Volume of the Reporter's Record Ray and his cohort Ms. Brenda C. Hein presented us with.

In essence, as I gleaned and assimilated almost two years of such analytical discernings, a clear picture started formulating how Ray has practiced — empirically — at the "art" of "transcript rewrithings" and "trial Court error negations", in an avant garde - unorthodox manner that is entirely on the frontiers of a surely yet to be explored science, he has in fact and indeed literally became a mastermind at it.

Osmotically, after coming to comprehend

Ray's very sophisticated and complex endicia, that is, each of the many "hallmarks" that are somewhat charactorically unique and novel unto themselves intrinsically, the applicant slowly but ever so gradually started establishing and developing a fixed - stable - comprehension of Ray's highly advanced, but almost simple - overall methodology that is made up of many inner-constituent ingrediants.

Said differently, the applicant inevitably reached a level of comprehension of Ray's variety of techniques for sabotaging trial Court transcripts, negating important trial Court errors — etc. — and as I will iterate for this Hon. Court:

"The applicant, with the help of a team of literary analysts and experts on intellect- ual fraud, is "fully prepared" to spearhead a showing that the degree of Mr. Ray's self-taught talents and extra- ordinary skills at the illegal craft and/or vocation of "the art and the science of transcript rewriting" are in fact and indeed

"so advanced" as "<u>AN AQUIRED TALENT</u>" that can "<u>ONLY</u>" come from many years of hands on practice and empiracal knowledge gathering — which clearly demonstrates that there "has to be" tens of thousands of prior victims in his wake."

Again I must ask, respectfully, where is this Court's concern ¿. It should make the hair stand up on a high Court Justice's neck if they even suspected a shyster attorney was negating even a single trial Court error in a wrongfully convicted person's statement of Facty — much less "<u>DOZENS</u>" of them in a mass coverup of mass criminal malfeasence.

What more can possibly be said to this Honorable Court to convince you — enbanc — of the sheer magnitude of the problems at issue here. ¿. Problems that are clearly outside the purview of a judicial system and, "<u>must</u>" be left to this nation's law enforcement agencies.

There comes a time we have to admit Mr. Ray's reign of terror is over, and these issues

can not possibly be deflected any longer.

## VIII.

The applicant is also prepared to show this Honorable Court, if necessary, that even if he were to be transported to the Tarrant County Jail on a bench warrant for a State level "evidentiary hearing" he would not be able to take with him the several thousand pages of records required to make a full showing all his claims are true and correct. Basically because Ray and his cohorts have the power and capabilities of "improper influence" to compel County Jail staff and upper ranking employees to allow him access to high profile evidence he would be forced to consent to be stored in their "3rd Floor Property Room" due to the sheer volume of it all.

On previous occasions, said Co. Jail staff claimed "it would be a potential fire hazard if I were to be allowed to keep such a massive accumulation of important documents

in my small cell — even when given a single cell as I was last time on bench warrent. Though the applicant begged to differ, since I knew if I ever got seperated from my evidence against Ray and his cohorts Ray would go on a shopping expedition. And he did.

The applicant has since made a detailed list of all the documents that came up missing during their storage in the County Jail Property Room with there being several hundred at issue.

Arriving at the point: The Applicant in this extraordinary habeas cause requires D.O.J. intervention also so he can seek a secure location for his mass accumulation of evidence oriented records.

At a relatively high cost to his family, middle class — as per their means, the applicant has had to have copies made of many of his higher in profile quality evidence type papers, in order

to keep and maintain a home file as a safehaven. However, my elderly sister is at a point where she is on the eve of having to rent a storage facility of which she honestly cannot afford living on a fixed income.

Her guest bedroom closet and her home office closet runneth over — with the Correctional Center I am currently incarcerated at persistently pressuring me to keep purging. Something has got to give.

It would take a Court Order to get TDCJ Officials to stop harassing me over said high volume of legal materials.

Once again, DOJ intervention would be remedial to all the issues presented in this motion, should this Court factor in the important fact that Texas is without a Public Integrity Unit right now, and even if Senator Joan Huffman's SB 10 was adopted into law — we would only be putting the ball back in the Court of

a District Attorney' office where the "Courthouse Cabal" at issue has their base of operations established.

Tom Smith, the Director of "Public Citizen's Texas Office" calls 2B10 "The Politician's Protection Plan" and "The Corrupt Incumbent Official Indemnifica- tion Act", not that I am a sucker that just buys into all loose talk like that but there is some merit to his soapbox preaching. He is certainly correct in saying 2B10 "creates a special legal system reserved for elected and other public officials and constructs a complex legal maze designed to stymie criminal investigations and prosecu- tions."

If the bill goes through, which it already passed the committee vote, prosecuting a corrupt official will require the unanimous approval of the Attorney General, the Texas Rangers — whom I trust absolutely (the A.G. ignored my outcry), the Admin. Presiding Judge for Tarrant County,

i.e., the Hon. Judge David Evans – in this case, "and" — the District Attorney of Tarrant County, i.e., the Hon. Sharen Wilson – allegedly Judge Westfall's best friend, who would take the final responsibility of handling and prosecuting the public corruption case at issue herein.

We all Know, therefore, it would be a cruel and unusual mirage to even remotely suggest SB10 has any real potential as a viable plausibility for justice to prevail in that direction with this cause.

Concluding, DOJ intervention is the only realistic option available at this juncture.

## – PRAYER –

The applicant therefore prays this Honorable Court will step up to the plate and rule that this type of case supersedes all state level judicial authority and recommends at least a superficial Federal – D.O.J. inquiry to determine the merits of these claims.

Then, should the applicant for some reason NOT be able to overwhelmingly convince a Federal law enforcement agency he has an abundance of unequivocal, undeniable, unquestionable, indisputable, substantive evidence to support his each and every claim alleged in all his pleadings to all State Courts thusfar, this Honorable have properly dispensed with said issues prior to adjudicating the remaining Constitutional claims inherent of this writ of Habeas Corpus — which will effectively bring all State involvement in this cause to an appropriate close.

Very Respectfully Submitted

_Stephen A Hall_
Stephen Andrew Hall

[ Please see the attached Verification of Unsworn Declaration attached hereto. ]

# Verification of Unsworn Declaration

I, Stephen A. Hall Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, # 1787103 , currently incarcerated in the ~~Tarrant County Jail in Tarrant~~ TDCJ in Freestone County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing *55 Page Motion Requesting D.O.J. Intervention Rather Than A Conventional Ruling In This Cause* and declare that I have personal knowledge of the facts contained therein and said facts are true & correct.

EXECUTED in ~~Tarrant~~ Freestone County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C and 28 UC §1746, on this 23rd day of April 20 15.

Stephen Andrew Hall
(Signature)
Stephen Andrew Hall
(Print Name) TDC # 1787103
Applicant Boyd Unit
~~Defendant~~ pro se
CID # 0391472    DOB 01 / 08/ 53
Address:
200 Spur 113
Teague, Texas 75860

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed to The Court of Criminal Appeals of Texas at P.O. Box 12308 - Capitol Station - Austin, Tex. 78711 by certified mail, return receipt requested, on this the 27th day of or by April , 20 15 .

Stephen Andrew Hall
~~Defendant~~
Applicant Pro se